# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUS MILLER, #52926 | ) ) ) |
| Plaintiff, | ) 3:10-cv-00614-RCJ-RAM ) |
| vs. | ) ) **ORDER** |
| BRUCE BANNISTER, *et al.*, | ) ) |
| Defendants. | ) ) |

Plaintiff has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (docket #1-1). On October 13, 2010, plaintiff filed a motion for preliminary injunction (docket #4), in which plaintiff alleges that he suffers from end-stage liver disease and seeks an injunction directing defendants to arrange for plaintiff to be evaluated by a liver specialist and placed on the national transplant waiting list. In order to evaluate the issues plaintiff raises, the court directs defendants to respond to plaintiff's motion for preliminary injunction within twenty (20) days of entry of this order.

Following a response and/or resolution of any emergency circumstances, normal procedures pursuant to 28 U.S.C. § 1915A will resume in this action.

1       **IT IS THEREFORE ORDERED** that defendants **shall respond** to plaintiff's motion for preliminary injunction (docket #4) within **twenty (20) days** of entry of this Order.

DATED: October 19, 2010.

                                                      *[signature]*

UNITED STATES MAGISTRATE JUDGE