UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUS MILLER, #52926 | ) ) ) |
| Plaintiff, | ) 3:10-cv-00614-RCJ-RAM ) |
| vs. | ) ) ORDER |
| BRUCE BANNISTER, *et al.*, | ) ) |
| Defendants. | ) |

Plaintiff has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (docket #1-1). On October 13, 2010, plaintiff filed a motion for preliminary injunction (docket #4), in which plaintiff alleges that he suffers from end-stage liver disease and seeks an injunction directing defendants to arrange for plaintiff to be evaluated by a liver specialist and placed on the national transplant waiting list. In order to evaluate the issues plaintiff raises, the court directs defendants to respond to plaintiff's motion for preliminary injunction within twenty (20) days of entry of this order.

Following a response and/or resolution of any emergency circumstances, normal procedures pursuant to 28 U.S.C. § 1915A will resume in this action.

**IT IS THEREFORE ORDERED** that the Clerk shall file the complaint (docket #1-1).

**IT IS FURTHER ORDERED** that the Clerk **shall electronically serve a copy of this order, along with a copy of plaintiff's complaint, on the Office of the Attorney General of the State of Nevada, attention Pamela Sharp**. The Attorney General shall advise the court within **five (5) days** of the date of entry of this order whether they can accept service of process for the named defendants and the last known address under seal of the defendants for which they cannot accept service. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve a response to the complaint within the longer of **five (5) days** of the date of the notice of acceptance of service or **ten (10) days** of entry of this Order.

**IT IS FURTHER ORDERED** that henceforth, plaintiff shall serve upon defendants, or, if an appearance has been made by counsel, upon their attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for defendants. If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein. The court may disregard any paper received by a district judge or a magistrate judge that has not been filed with the Clerk, and any paper which fails to include a certificate showing proper service.

**IT IS FURTHER ORDERED** that defendants **shall respond** to plaintiff's motion for preliminary injunction (docket #4) within **twenty (20) days** of entry of this Order.

DATED: November 29, 2010.

_____
UNITED STATES MAGISTRATE JUDGE